**Order entered October 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01157-CV

## IN RE TUNAD ENTERPRISES, INC., Relator

**Original Proceeding from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-00618-2016**

## ORDER

Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/    CRAIG STODDART
        JUSTICE